```
               UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF TENNESSEE
                    NASHVILLE DIVISION


GARY A. PASSONS, M.D,, ET AL   )
                               )
v.                             )    NO. 3:10-0575
                               )    JUDGE ECHOLS
AVIVA LIFE AND ANNUITY COMPANY,)
ET AL
```

**O R D E R**

I hereby recuse myself in this action. The file shall be returned to the Clerk for reassignment to another judge.

IT IS SO ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE