UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| MILLENNIUM MULTIPLE EMPLOYER | ) | Chapter 11 |
| WELFARE BENEFIT PLAN, | ) | (W.D. Okla. Bankruptcy-- |
| | ) | Case No. 10-13528) |
| Debtor, | ) | |
| | ) | |
| GARY A. PASSONS, M.D., *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 3:10-00575 |
| | ) | Judge Campbell |
| AVIVA LIFE AND ANNUITY | ) | |
| COMPANY, f/k/a INDIANAPOLIS | ) | |
| LIFE INSURANCE COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Plaintiffs and Defendants Aviva Life and Annuity Company, American General Life Insurance Company, the Millennium Multiple Employer Welfare Benefit Plan, Republic Bank & Trust, Secure Plan Administrators, LLC, Scott Ridge, Ridge Insurance, Inc., and David H. Cline have filed an "Unopposed Joint Motion to Extend the Briefing Deadlines Relating to Plaintiffs' Motion to Remand And Response to Debtor's Motion to Transfer Venue" (Docket Entry No. 89). That Motion is hereby GRANTED and Defendants shall have until Monday, August 30, 2010, to file their responses to Plaintiffs' Motion to Remand and Response to Debtor's Motion to Transfer Venue, and Plaintiffs shall have until September 10, 2010 to file their reply to all such responses, including the response Millennium filed on July 26, 2010.

It is SO ORDERED.

*[signature]*
Todd Campbell
United States District Judge