# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| IN RE:<br><br>**MILLENNIUM MULTIPLE EMPLOYER WELFARE BENEFIT PLAN,**<br><br>DEBTOR. | CASE NO. 10-13528<br><br>(CHAPTER 11 - PENDING IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF OKLAHOMA) |
| **GARY A. PASSONS, M.D., et al**<br><br>**Plaintiffs,**<br><br>v.<br><br>**AVIVA LIFE AND ANNUITY COMPANY, f/k/a INDIANAPOLIS LIFE INSURANCE COMPANY, et al.,**<br><br>**Defendants.** | CIVIL ACTION NO. 3:10-cv-00575<br><br>JUDGE TODD J. CAMPBELL<br><br>MAGISTRATE JUDGE JOHN S. BRYANT |

## AGREED ORDER

Based upon the agreement of the parties, as indicated by their signatures below, the Case Management Conference set for October 25, 2010 is rescheduled for December 1, 2010, at 1:30 p.m.

IT IS SO ORDERED this 25th day of October, 2010.

*s/ John S. Bryant*
United States Magistrate Judge