# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| MILLENNIUM MULTIPLE EMPLOYER | ) | Chapter 11 |
| WELFARE BENEFIT PLAN, | ) | (W.D. Okla. Bankruptcy-- |
| | ) | Case No. 10-13528) |
| Debtor, | ) | |
| ------------------------------------------------- | ) | |
| GARY A. PASSONS, M.D., *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 3:10-00575 |
| | ) | Judge Campbell |
| AVIVA LIFE AND ANNUITY | ) | |
| COMPANY, f/k/a INDIANAPOLIS | ) | |
| LIFE INSURANCE COMPANY, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Plaintiffs' "Motion for Leave to File a Reply" (Docket No. 166) is GRANTED and that Reply which is attached to the Motion as Docket No. 166-1 is hereby filed of record in this case. Plaintiffs' additional request that the Court grant oral arguments on the pending Motions filed by the parties is DENIED because the parties' positions are made abundantly clear in the numerous briefs which have been filed. Further, because the issues have been exhaustively briefed, the parties shall file no further Memorandum in relation to the pending Motions.

It is SO ORDERED.

_____
Todd J. Campbell
United States District Judge